**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROLLIE LEE CHANCE, JR.**<br>**14 Temple Drive**<br>**Stafford, VA  22554**<br><br>             **Plaintiff,**<br><br>       v.<br><br>**CBS CORPORATION**<br>**51 West 52nd Street**<br>**New York, NY 10019**<br><br>and<br><br>**JOHN J. MILLER, JR.**<br>**322 Central Park West, Apt. 1C**<br>**New York, NY 10025**<br><br>             **Defendants.** | **CIVIL ACTION NO.** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446, defendants CBS Corporation and John J. Miller, Jr. ("Defendants"), by and through undersigned counsel hereby remove, to the United States District Court for the District of Columbia, the above-captioned action pending in the Superior Court of the District of Columbia, Civil Division, under the caption *Rollie Lee Chance, Jr. v. CBS Corporation and John J. Miller, Jr.,* Civil Action Number No. 2014 CA 0005785 B. A copy of the Complaint and the docket sheet as of December 4, 2014 are attached hereto as Exhibits 1 and 2, respectively.

In support of this Notice of Removal, Defendants aver as follows:

1.     Plaintiff Rollie Lee Chance, Jr. ("Plaintiff") filed the Complaint against Defendants in the Superior Court of the District of Columbia on September 15, 2014 and Summonses were issued on the same day.

2.     On November 7, 2014, plaintiff filed a Motion to Extend Time for Service seeking additional time (60 days) in which to serve Defendants with the Summons and Complaint.  A copy of this Motion is attached hereto as Exhibit 3.

3.     On November 24, 2014, the Superior Court of the District of Columbia issued an order extending Plaintiff's time, up to and including January 26, 2015, in which to serve Defendants with the Summons and Complaint.  A copy of this Order, filed November 25, 2014 in the Superior Court of the District of Columbia, is attached hereto as Exhibit 4.

4.     The registered agent of Defendant CBS Corporation was served with the Complaint and Summons on November 14, 2014.  Plaintiff's Affidavit of Service was filed on November 19, 2014 in the Superior Court of the District of Columbia and is attached hereto as Exhibit 5.  In accordance with 28 U.S.C. § 1446(b), a true and correct copy of the Summons and Complaint, the Information Sheet and the Initial Order and Addendum served on CBS Corporation are attached hereto as Exhibit 6.  Defendant CBS has not been served with any other pleadings filed in this action.

5.     This Notice of Removal is filed with the Court within 30 days of the first day on which any Defendant was served with the initial pleading setting forth the claims for relief upon which this suit is based.  Removal is therefore timely under 28 U.S.C. § 1446(b).

6.     Plaintiff alleges that, at the time of filing suit, he was a citizen and resident of Stafford County, Virginia.  *See* Complaint ("Compl.") ¶ 4.

7. CBS Corporation is a Delaware corporation with its principal place of business in New York, New York. Compl. ¶ 5.

8. John J. Miller, Jr. is domiciled in New York. Compl. ¶ 6

9. Plaintiff seeks $4,500,000 in compensatory damages. Compl. p. 16

10. Based on the foregoing, this matter is properly subject to removal to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. Specifically, this Court has original jurisdiction over the matter pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the claims at issue exceed $75,000, exclusive of interest and costs. In addition, this action is properly removed to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1441, in that this Court embraces the jurisdiction of the District of Columbia, where the action is currently pending.

11. This action presents a dispute between Plaintiff and Defendants relating to Defendants' news coverage of events taking place in the District of Columbia on September 16, 2013. *See* Complaint ¶¶ 21, 30-55. Accordingly, venue is proper in the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(b)(2).

12. Both defendants in this action desire to remove the pending action to this Court and together submit this Notice of Removal. None of the Defendants have filed an appearance, answer or other pleading in the pending action. Both Defendants in this action are represented by the same undersigned counsel.

13. Written notice of the filing of this Notice of Removal will be sent to counsel for Plaintiff. A copy of this Notice of Removal and supporting papers will be filed with the Superior

Court of the District of Columbia, as required by 28 U.S.C. § 1446(d).  Copies of the Notice of Filing Removal and Notice to Plaintiff of Filing Removal are attached hereto as Exhibits 7 and 8.

14. By this Notice of Removal, Defendants do not waive any objections they may have to service, jurisdiction and/or any other defenses or objections they may have to this action.

WHEREFORE,  Defendants CBS Corporation and John J. Miller, Jr. pray that the action pending against them in the Superior Court of the District of Columbia be removed to this Court.

Dated:  December 4, 2014                Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, LLP


                                        By:   */s/ Michael D. Sullivan*
                                              Michael D. Sullivan, DC Bar No.:  339101
                                              Chad R. Bowman, DC Bar No.:  484150
                                              Celeste Phillips, DC Bar No.:  481464
                                              1899 L Street, NW
                                              Suite 200
                                              Washington, D.C. 20036
                                              Tel:  (202) 508-1116
                                              Fax:  (202) 861-9888
                                              msullivan@lskslaw.com

                                              *Counsel for Defendants CBS Corporation and John J. Miller, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2014, I caused a true and correct copy of the foregoing Notice of Removal and exhibits thereto to be served via First Class Mail upon counsel for plaintiff as follows:

>Mark D. Cummings
David E. Sher
Kristen M. Kanaskie
Sher, Cummings, & Ellis, PLLC
3800 Fairfax Drive
Suite 7
Arlington, VA  22203

/s/ *Michael D. Sullivan*