**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROLLIE LEE CHANCE, JR.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CBS CORPORATION, *et al*.**<br><br>**Defendants.** | **Civil Action No. 14-2054 (JEB)** |

**JOINT MEET AND CONFER REPORT**

Plaintiff Rollie Lee Chance, Jr. ("Plaintiff") and Defendants CBS Corporation and John J. Miller, Jr. (collectively "Defendants"), through their undersigned counsel and pursuant to Local Rule 16.3 and this Court's January 5, 2015 Order, respectfully submit the following joint meet and confer report:

**STATEMENT OF THE CASE**

This is a defamation case that arises from news coverage of the mass shooting at the Washington Navy Yard in Washington, D.C. on September 16, 2013. Plaintiff has asserted claims for defamation and false light invasion of privacy, alleging, in part, that Defendant John J. Miller, Jr. and his then-employer, Defendant CBS Corporation, negligently and falsely reported that he was the perpetrator of the Navy Yard shooting. Consequently, Plaintiff seeks to recover $4,500,000 from Defendants for the emotional and economic damages he has reportedly suffered as a result. Defendants allege that they accurately reported what law enforcement initially believed: that the dead gunman was plaintiff. Shortly thereafter, defendants reported that the

gunman was identified by law enforcement as Aaron Alexis, not plaintiff.

## LOCAL RULE 16.3 SUBJECTS

1. The parties have voluntarily agreed to pursue private mediation at the outset to determine whether the matter can be resolved without need for further litigation. Therefore, the parties respectfully request that discovery be stayed pending the conclusion of the mediation.

2. The parties propose that the deadline for joinder of parties and amendment of pleadings be set for sixty days (60) from the start of discovery.

3. The parties do not consent to proceedings before a United States Magistrate Judge.

4. As set forth in paragraph 1, the parties have determined that they should enlist the services of a private mediator at the outset in a good faith effort to resolve this dispute.

5. *See* paragraphs 1 and 4.

6. The parties propose the following post-discovery dispositive motions deadline: (a) Motions: sixty (60) days after the close of discovery; (b) Oppositions: thirty (30) days thereafter; and (c) Replies: thirty (30) days thereafter.

7. The parties agree to dispense with Rule 26(a)(1) initial disclosures.

8. The parties agree that all discovery shall be completed within nine months from the start of discovery.

9. The parties agree that Proponent's Rule 26(a)(2) statements shall be filed within three months from the start of discovery, with Opponent's Rule 26(a)(2) statements to be filed within one month thereafter.

10. Not applicable (relevant only to discovery in class actions).

11. The parties believe that neither discovery nor the trial should be bifurcated.

12. The parties request that the date for the pretrial conference be scheduled thirty (30) days after rulings on any post-discovery dispositive motions.

13. The parties believe that a trial date can be set at the final pretrial conference in this matter.

14. Other Matters: None at this time.

Dated: January 29, 2015

| | |
|---|---|
| /s/ Mark D. Cummings<br>Mark D. Cummings, DC Bar No.: 414596<br>David E. Sher, DC Bar No.: 176396<br>Sher, Cummings & Ellis, PLLC<br>3800 Fairfax Drive, Suite 7<br>Fairfax, VA  22203<br>Tel: (703) 525-1200<br>Fax: (703) 525-0067<br>Email: mcummings@sherandcummings.com<br><br>*Counsel for Plaintiff Rollie Lee Chance, Jr.* | /s/ Michael D. Sullivan<br>Michael D. Sullivan, DC Bar No.: 339101<br>Chad R. Bowman, DC Bar No.: 484150<br>Celeste Phillips, DC Bar No.: 481464<br>Levine Sullivan Koch & Schulz, LLP<br>1899 L Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Tel:  (202) 508-1100<br>Fax:  (202) 861-9888<br>Email:  msullivan@lskslaw.com<br><br>*Counsel for Defendants CBS Corporation and John J. Miller, Jr.* |