IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLLIE LEE CHANCE, JR.**<br><br>Plaintiff,<br><br>v.<br><br>**CBS CORPORATION,** *et al*.<br><br>Defendants. | Civil Action No. 14-2054 (JEB) |

## JOINT STATUS REPORT

Plaintiff Rollie Lee Chance, Jr. ("Plaintiff") and Defendants CBS Corporation and John J. Miller, Jr. (collectively "Defendants"), through their undersigned counsel and pursuant to the Court's Order dated February 4, 2015, provide the following status report:

The parties have scheduled mediation for Monday, March 30, 2015, before Judge Benson Everett Legg (Ret.). As ordered by the Court, the parties will provide further status reports every 45 days or until further order of the Court.

Dated: March 23, 2015

| | |
|---|---|
| /s/ Mark D. Cummings | /s/ Celeste Phillips |
| Mark D. Cummings, DC Bar No.: 414596 | Michael D. Sullivan, DC Bar No.: 339101 |
| David E. Sher, DC Bar No.: 176396 | Chad R. Bowman, DC Bar No.: 484150 |
| Sher, Cummings & Ellis, PLLC | Celeste Phillips, DC Bar No.: 481464 |
| 3800 Fairfax Drive, Suite 7 | Levine Sullivan Koch & Schulz, LLP |
| Fairfax, VA  22203 | 1899 L Street, N.W., Suite 800 |
| Tel: (703) 525-1200 | Washington, D.C. 20036 |
| Fax: (703) 525-0067 | Tel:  (202) 508-1100 |
| Email: MCummings@sherandcummings.com | Fax:  (202) 861-9888 |
| | Email:  CPhillips@lskslaw.com |
| *Counsel for Plaintiff Rollie Lee Chance, Jr.* | |
| | *Counsel for Defendants CBS Corporation and John J. Miller, Jr.* |