IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLLIE LEE CHANCE, JR.<br><br>Plaintiff,<br><br>v.<br><br>CBS CORPORATION., *et al.*<br><br>Defendants. | Civil Action No. 14-2054 (JEB) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Rollie Lee Chance, Jr. and defendants CBS Corporation and John J. Miller, Jr., having resolved all matters in dispute between them, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Mark D. Cummings | Michael D. Sullivan (signature) |
| Mark D. Cummings, DC Bar No.: 414596 | Michael D. Sullivan, DC Bar No.: 339101 |
| David E. Sher, DC Bar No.: 176396 | Chad R. Bowman, DC Bar No.: 484150 |
| Kristen M. Kanaskie, Admitted p*ro hac vice* | Celeste Phillips, DC Bar No.: 481464 |
| Sher, Cummings & Ellis, PLLC | Levine Sullivan Koch & Schulz, LLP |
| 3800 Fairfax Drive, Suite 7 | 1899 L Street, N.W., Suite 200 |
| Fairfax, VA 22203 | Washington, D.C. 20036 |
| Tel: (703) 525-1200 | Tel: (202) 508-1100 |
| Fax: (703) 525-0067 | Fax: (202) 861-9888 |
| Email: MCummings@sherandcummings.com | Email: msullivan@lskslaw.com |
| *Counsel for Plaintiff Rollie Lee Chance, Jr.* | *Counsel for Defendants CBS Corporation and John J. Miller, Jr.* |